1  Daniel I. Barness
      SBN 104203, Daniel@BarnessLaw.com
2  **BARNESS & BARNESS LLP**
   11377 W. Olympic Blvd., 2nd Floor
3  Los Angeles, CA 90064
   Telephone:  (310) 594-3011
4  Facsimile:   (310) 473-8700

5  Attorneys for  **SHAMEL SANANI, M.D.** and **FARIDEH ("Freda") SANANI,**
   Debtors

6

7

8  **UNITED  STATES BANKRUPTCY COURT**

   **CENTRAL  DISTRICT OF CALIFORNIA**

9  **SAN FERNANDO VALLEY  DIVISION**

10

11 In re                              )  CASE NO: 1:17-bk-11523 VK
                                      )
12 SHAMEL SANANI, M.D. and           )
13 FARIDEH ("Freda") SANANI,         )  Chapter 7
                                      )
14              Debtors.             )
                                      )  -    SCHEDULES A – J (Official
15         .                         )       Forms 106-A/B – 106J);
                                      )
16                                   )  -    SUMMARY OF
                                      )       ASSETS/LIABILITIES/STA
17 _____ )       TISTICAL INFORMATION
                                             (Official Form 106Sum);
18
                                        -    DECLARATION  RE
19                                           SCHEDULES (Official Form
                                             106Dec);
20
                                        -    STATEMENT OF
21                                           FINANCIAL AFFAIRS
                                             (Official Form 107)
22
                                             [Cont'd]
23

24                                           [NO HEARING REQUIRED]

25

26

27

28 _____

                              1

STATEMENT OF INTENTION (Official Form 108);

STATEMENT OF CURRENT MONTHLY INCOME (Official Form 122A-1);

MEANS TEST CALCULATION (Official Form 122A-2);

(Amended) STATEMENT OF EXEMPTION -- -- UNDER §707 (b)(2) (Official Form 122A-1Supp);

DISCLOSURE OF ATTORNEY COMPENSATION (LBR Form 2030);

STATEMENT OF MONTHLY GROSS INCOME;

(Amended) STATEMENT OF RELATED CASES -- -- INFORMATION REQUIRED BY LBR 1015-2 ;

DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS IT RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE [11 U.S.C. §521 (a)(1)(B)(iv);

DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE [LBR 2090-1(a)(3)]

Dated: July 14, 2017          BARNESS & BARNESS LLP

By: _/s/ Daniel I. Barness_
          Daniel I. Barness

Attorneys for Debtors Shamel Sanani, M.D. and Farideh ("Freda") Sanani

2

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | SHAMEL                SANANI |
| | First Name        Middle Name        Last Name |
| Debtor 2 | FARIDEH               SANANI |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 1:17-bk-11523 MB |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1.   **3935 Prado Del Maiz**
Street address, if available, or other description

Calabasas        California        91302
City                State        ZIP Code

Los Angeles
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** See Attachment 1

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$ 2,400,000.00        $ 2,400,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenancy with Right of Survivorship

☒ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

1.2.   **4970 Kester Ave # 11**
Street address, if available, or other description

See        California        91403
City                State        ZIP Code

Los Angeles
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$ 540,000.00        $ 135,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenancy with Right of Survivorship

☐ **Check if this is community property** (see instructions)

Debtor 1   SHAMEL   SAMUEL

First Name   Middle Name   Last Name

Case number *(if known)*   1:17-bk-11523 MB

---

1.3.   **34630 Pacific Coast Highway,**

Street address, if available, or other description

**Capistrano Beach, CA 92624**

See Attachment CA          92624

City                    State          ZIP Code

Orange

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☒ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ Unknown | $ Unknown |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Time Share Interest

☒ **Check if this is community property** (see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ..................................➔   | $2,535,000.00 |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

3.1.   Make:   _____

Model:   _____

Year:   _____

Approximate mileage:   _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

If you own or have more than one, describe here:

3.2.   Make:   _____

Model:   _____

Year:   _____

Approximate mileage:   _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Debtor 1    SHAMEL          SAM       MB          Case number (if known)  1:17-bk-11523 MB

First Name    Middle Name    Last Name

---

3.3.   Make:          _____

Model:          _____

Year:           _____

Approximate mileage:    _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

3.4.   Make:          _____

Model:          _____

Year:           _____

Approximate mileage:    _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1.   Make:   _____

Model:   _____

Year:   _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

If you own or have more than one, list here:

4.2.   Make:   _____

Model:   _____

Year:   _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................➔   $ 0.00

---

Debtor 1   SHAMEL   SAMMY MB   Case number *(if known)* 1:17-bk-11523 MB
First Name   Middle Name   Last Name

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☒ Yes. Describe. ......... Dining Room Set; 2 sets of sectionals; 6 Comfort Chairs; Desk # 1; Desk # 2; Desk chairs; Sofa bed; See Attachment 4     $ 4,805.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☒ Yes. Describe. ......... 2 desktop computers; Laptop computer; TV; Tuner & DVD; 2 cell phones     $ 1,490.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ☒ Yes. Describe. ......... 3 Kinkaid paintings; 2 Waterford crystal pieces     $ 5,120.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☒ No
   - ☐ Yes. Describe. .........     $ _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☒ No
    - ☐ Yes. Describe. .........     $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☒ Yes. Describe. ......... Wardrobe for both debtors     $ 500.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☒ Yes. Describe. ......... 2 watches (S) ; Ring (S) ; 2 Watches (F) ; 4 rings (F); 2 silver earrings (F) ; Misc costume jewelry     $ 1,035.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☒ No
    - ☐ Yes. Describe. .........     $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☒ No
    - ☐ Yes. Give specific information...............     $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .........................................................➔     $ 12,950.00

Debtor 1   SHAMEL                      SANANI
           First Name    Middle Name    Last Name

Case number *(if known)* 1:17-bk-11523 MB

---

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes............................................................................................................................    Cash: ....................... $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America | $23,000.00 |
| 17.2. Checking account: | Bank of America | $2,501.68 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

See Attachment 5: Additional Deposits of Money

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.................

Institution or issuer name:

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes. Give specific information about them. ......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Shamel Sanani, MD, a California medical corporation | 100 % | $Unknown |
| Membership Interest in Providence Partners for Health LLC | 0.01 % | $See Attachment 6 |
| | % | $_____ |

---

Debtor 1  SHAMEL        SAMUEL        Case number (if known)_1:17-bk-11523 MB
          First Name    Middle Name   Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific      Issuer name:
information about
them. ...................   _____   $_____

                           _____   $_____

                           _____   $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☒ Yes. List each         Type of account:        Institution name:
account separately..

                         401(k) or similar plan:  _____   $_____

                         Pension plan:            _____   $_____

                         IRA:                     Wells Fargo /(Rollovers from 401k/DFB into IRA)   $1,251,326.29

                         Retirement account:      _____   $_____

                         Keogh:                   _____   $_____

                         Additional account:      Social Security Administration / Bank of America   $10,818.00

                         Additional account:      _____   $_____

                         See Attachment 7: Additional Retirement or Pension Accounts of Money

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No

☐ Yes.........................   Institution name or individual:

                              Electric:             _____   $_____

                              Gas:                  _____   $_____

                              Heating oil:          _____   $_____

                              Security deposit on rental unit:   _____   $_____

                              Prepaid rent:         _____   $_____

                              Telephone:            _____   $_____

                              Water:                _____   $_____

                              Rented furniture:     _____   $_____

                              Other:                _____   $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes.........................   Issuer name and description:

                              _____   $_____

                              _____   $_____

                              _____   $_____

Debtor 1    SHAMEL                SANANI                                Case number (if known) 1:17-bk-11523 MB
          First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☒ No
   ☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   _____   $_____
   _____   $_____
   _____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☐ No
   ☒ Yes. Give specific
      information about them. ..   | Intervivos Trust    - Sanani Family Trust - Established 1991 |   $   unknown

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

   ☒ No
   ☐ Yes. Give specific
      information about them. ..                                                              $_____

27. **Licenses, franchises, and other general intangibles**
   *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☒ No
   ☐ Yes. Give specific
      information about them. ..                                                              $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**

   ☒ No
   ☐ Yes. Give specific information
      about them, including whether
      you already filed the returns
      and the tax years. .....................

   Federal:  $_____
   State:    $_____
   Local:    $_____

29. **Family support**
   *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☒ No
   ☐ Yes. Give specific information. .............

   Alimony:              $_____
   Maintenance:          $_____
   Support:              $_____
   Divorce settlement:   $_____
   Property settlement:  $_____

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
   Social Security benefits; unpaid loans you made to someone else

   ☒ No
   ☐ Yes. Give specific information. .............                                            $_____

Debtor 1   SHAMEL                    SANANI                    Case number *(if known)* 1:17-bk-11523 MB
First Name      Middle Name      Last Name

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☐ No
   ☒ Yes. Name the insurance company
   of each policy and list its value. ....

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | CNA | Freda Sanani | $ See Attachment 8 |
   | | | $ |
   | | | $ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☒ No
   ☐ Yes. Give specific information. ............          $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☒ Yes. Describe each claim. .....................   Claims arising from North Valley Hematology / Oncology Medical Group
   (California general Partnership)                     $ 0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☒ No
   ☐ Yes. Describe each claim. ..............          $

35. **Any financial assets you did not already list**

   ☒ No
   ☐ Yes. Give specific information. ............          $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................   ➔   $ 1,451,016.97

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ☒ Yes. Go to line 38.

   **Current value of the portion you own?**
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☒ No
   ☐ Yes. Describe.......          $

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☒ No
   ☐ Yes. Describe.......          $

Debtor 1    SHAMEL                SAMAH                          Case number *(if known)* 1:17-bk-11523 MB
            First Name    Middle Name    Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☒ Yes. Describe.......  | Chemotherapy chairs, etc. owned by NVH in storage at: Mission Hills Self Storage / 15241 Rinaldi Street, Misson  Hills, CA 91345 |  $209,000.00

41. **Inventory**

☒ No

☐ Yes. Describe....... |                                                           |  $_____

42. **Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe.......

Name of entity:                                              % of ownership:

_____  _____%  $_____

_____  _____%  $_____

_____  _____%  $_____

43. **Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☒ No

☐ Yes. Describe......... |                                                |  $_____

44. **Any business-related property you did not already list**

☒ No

☐ Yes. Give specific
      information ..........  _____  $_____

                           _____  $_____

                           _____  $_____

                           _____  $_____

                           _____  $_____

                           _____  $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ..................................................................  ➔  $209,000.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---------|---|
|         | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☒ No

☐ Yes......................... |                                                |  $_____

Debtor 1    SHAMEL              SAMAH                        Case number *(if known)* 1:17-bk-11523 MB
          First Name    Middle Name    Last Name

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific
information. ............                                                              $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes...........................                                                       $_____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes...........................                                                       $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific
information. ............                                                              $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ..........................................................➔  $ 0.00

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific
information. ............                                                              $_____
                                                                                      $_____
                                                                                      $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................➔  $_____

---

**Part 8:**    **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ......................................................➔  $ 2,535,000.00

56. **Part 2: Total vehicles, line 5**                    $ 0.00

57. **Part 3: Total personal and household items, line 15**    $ 12,950.00

58. **Part 4: Total financial assets, line 36**           $ 1,451,016.97

59. **Part 5: Total business-related property, line 45**   $ 209,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**   + $ 0.00

62. **Total personal property.** Add lines 56 through 61 .................  $ 1,672,966.97    Copy personal property total ➔ + $ 1,672,966.97

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 ..............................................  $ 4,207,966.97

Attachment
Debtor: SHAMEL SANANI        Case No: 1:17-bk-11523 MB

Attachment 1: Real Property

    Pre-petition Listing Agreement with White House Properties

Attachment 2: Real Property

    Sherman Oaks,

Attachment 3: Real Property

    Capistrano Beach

Attachment 4

    3-piece bookcase set; 2-piece book case; 1-piece book case; China cabinet; Cradenza; 2
sofa end tables; 2 Coffee tables; 2 Persian rugs; Bedroom Set; Outdoor furniture - set # 1;
Outdoor furniture - set # 2; Outdoor furniture - set # 3; 2 Lalique crystal pieces

Attachment 5: Additional Deposits of Money

    Checking Account with Bank of America
Value: $1,100.00

    Checking Account with Bank Account
Value: $22,056.00

Attachment 6

    Unknown - 1 share out of 1,000 issued

Attachment 7: Additional Retirement or Pension Accounts of Money

    401(k) or Similar Plan with City of Hope / Charles Schwab
Value: $140,215.00

Attachment 8

    Term Policy - No cash surrender value

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | SHAMEL | | SANANI |
| | First Name | Middle Name | Last Name |
| Debtor 2 | FARIDEH | | SANANI |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number: 1:17-bk-11523 MB
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 3935 Prado Del Maiz<br>Line from *Schedule A/B*: 1.1 | $2,400,000.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730(a)(3) |
| Brief description: Dining Room Set<br>Line from *Schedule A/B*: 6 | $250.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 3 Kinkaid paintings<br>Line from *Schedule A/B*: 8 | $4,520.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☒ No

       ☐ Yes

| Debtor 1 | SHAMEL | SANANI | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:**  **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Wearing apparel<br>Line from *Schedule A/B:* 11 | $500.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Jewelry<br>Line from *Schedule A/B:* 12 | $2,000.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description: See Attachment 1<br>Line from *Schedule A/B:* 21 | $1,251,326.29 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | U.S.C. 11 § 522(b)(3)(C) |
| Brief description: City of Hope 401k<br>Line from *Schedule A/B:* 21 | $150,000.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | U.S.C. 11 § 522(b)(3)(C) |
| Brief description: See Attachment 2<br>Line from *Schedule A/B:* 21 | $10,818.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.080(b)(4)<br>U.S.C. 42 § 407 |
| Brief description: 2 sets of sectionals<br>Line from *Schedule A/B:* ____ | $400.00 | ☒ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 6 Comfort Chairs<br>Line from *Schedule A/B:* 6 | $300.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Desk # 1<br>Line from *Schedule A/B:* 6 | $200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Desk # 2<br>Line from *Schedule A/B:* 6 | $175.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Desk chairs<br>Line from *Schedule A/B:* 6 | $175.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Sofa bed<br>Line from *Schedule A/B:* 6 | $150.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 3-piece bookcase set<br>Line from *Schedule A/B:* 6 | $225.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1    SHAMEL SANANI

First Name    Middle Name    Last Name    Case number *(if known)*  1:17-bk-11523 MB

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2-piece book case  Line from *Schedule A/B*: 6 | $100.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 1-piece book case  Line from *Schedule A/B*: 6 | $200.00 | ☒ $ 200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: China cabinet  Line from *Schedule A/B*: 6 | $200.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Cradenza  Line from *Schedule A/B*: 6 | $125.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 2 sofa end tables  Line from *Schedule A/B*: 6 | $315.00 | ☒ $ 315.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 2 Coffee tables  Line from *Schedule A/B*: 6 | $205.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 2 Persian rugs  Line from *Schedule A/B*: 6 | $760.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Bedroom Set  Line from *Schedule A/B*: 6 | $150.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Outdoor furniture - set # 1  Line from *Schedule A/B*: 6 | $200.00 | ☒ $ 200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Outdoor furniture - set # 2  Line from *Schedule A/B*: 6 | $300.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Outdoor furniture - set # 3  Line from *Schedule A/B*: 6 | $75.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 2 watches (S)  Line from *Schedule A/B*: 12 | $250.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Debtor 1   SHAMEL SANANI

First Name   Middle Name   Last Name

Case number *(if known)* 1:17-bk-11523 MB

| Part 2: | Additional Page | | | |
|---|---|---|---|---|
| | **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**  Copy the value from *Schedule A/B* | **Amount of the exemption you claim**  *Check only one box for each exemption* | **Specific laws that allow exemption** |
| Brief description: Ring (S)  Line from Schedule A/B: 12 | | $125.00 | ☒ $ 125.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description: 2 Watches (F)  Line from Schedule A/B: 12 | | $250.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description: 4 rings (F)  Line from Schedule A/B: 12 | | $225.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description: 2 silver earrings (F)  Line from Schedule A/B: 12 | | $50.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Brief description: Misc costume jewelry  Line from Schedule A/B: 12 | | $135.00 | ☒ $ 135.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Brief description: 2 desktop computers  Line from Schedule A/B: 7 | | $300.00 | ☒ $ 300.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| Brief description: Laptop computer  Line from Schedule A/B: 7 | | $350.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| Brief description: TV  Line from Schedule A/B: 7 | | $600.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: Tuner & DVD  Line from Schedule A/B: 7 | | $40.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 2 cell phones  Line from Schedule A/B: 7 | | $200.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 2 Lalique crystal pieces  Line from Schedule A/B: 6 | | $300.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: 2 Waterford crystal pieces  Line from Schedule A/B: 8 | | $600.00 | ☐ $ _____  ☒ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Attachment
Debtor: SHAMEL SANANI      Case No: 1:17-bk-11523 MB

Attachment 1

Wells Fargo IRA - Proceeds rolled over from ERISA/IRS -Qualified
401k Plan (NVH Plan) and DFB Plan (Shamel Sanani, MD, A MC)

Attachment 2

Direct deposit of Social Security benefits

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SHAMEL SANANI |
| | First Name    Middle Name    Last Name |
| Debtor 2 | FARIDEH  SANANI |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 1:17-bk-11523 MB |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|
| | $ 1,875,000.00 | $ 272,756.64 | $ See |

**2.1**

Creditor's Name: See Attachment 1
Number  Street: 227 Washington St.

City  State  ZIP Code: Shonshohocken,  PA  19103

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
Debtors' Homestead at 3935 Prado Del Maiz, Calabasas, CA 91302

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name: JP Morgan Chase
Number  Street: See Attachment 2

City  State  ZIP Code: Monroe  LA  71203

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim relates to a community debt

Date debt was incurred 10/2013

| $ 243,098.00 | $ 1,831,607.00 | $ 0.00 |

**Describe the property that secures the claim:**
3935 Prado Del Maiz

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  3  3  5  3

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 2,118,098.00 | |
|---|---|---|

Debtor 1 __SHAMEL_____ _____ __SANANI_____
        First Name        Middle Name        Last Name

Case number *(if known)* __1:17-bk-11523 MB__

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**23**

**Pacific Western Bank**
Creditor's Name

**Po Box 131207**
Number    Street

**Carlsbad    CA   92013**
City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim relates to a community debt**

Date debt was incurred __2013-10__

Describe the property that secures the claim:

3935 Prado Del Maiz

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

Column A: $ 675,000.00   Column B: $ 2,400,000.00   Column C: $ See

---

**24**

**Wells Fargo Hm Mortgag**
Creditor's Name

**8480 Stagecoach Cir**
Number    Street

**Frederick    MD   21701**
City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred __2014-03__

Describe the property that secures the claim:

Joint Tenancy - 4970 Kester

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __2_ _6_ _5_ _1_

Column A: $ 272,757.00   Column B: $ 540,000.00   Column C: $ ____

---

**25**

**Wells Fargo Hm Mortgag**
Creditor's Name

**8480 Stagecoach Cir**
Number    Street

**Frederick    MD   21701**
City    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred __2012-09__

Describe the property that secures the claim:

Joint Tenancy - 4970 Kester

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __8_ _8_ _4_ _5_

Column A: $ 568,893.00   Column B: $ 540,000.00   Column C: $ ____

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 1,516,650.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _____

Debtor 1    SHAMEL SANANI
_____
First Name    Middle Name    Last Name

Case number *(if known)* 1:17-bk-11523 MB

| | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**26**

Creditor's Name
_____

Number    Street
_____

_____
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:** $ 0.00    $ 0.00    $

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**27**

Creditor's Name
_____

Number    Street
_____

_____
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:** $____    $____    $____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**28**

Creditor's Name
_____

Number    Street
_____

_____
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:** $____    $____    $____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 0.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ 3,634,748.00

| Debtor 1 | SHAMEL | | SANANI | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Morton R. Branzburg, Esquire
Name

KLEHR I HARRISON I HARVEY I BRANZBURG LLP
Number        Street

1835 Market Street, Suite 1400

Philadelphia                        PA          19103
City                                State        ZIP Code

On which line in Part 1 did you enter the creditor?  2.1

Last 4 digits of account number ___ ___ ___ ___

---

J. Alexandra Rhim
Name

Hemar, Rousso & Heald, LLP
Number        Street

15910 Ventura Blvd., 12th Floor

Encino                              CA          91436
City                                State        ZIP Code

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number  2   6   5   1

---

Steven N. Kurtz, Esq.
Name

Levinson Arshonsky & Kurtz LLP
Number        Street

15303 Ventura Blvd., Ste. 1650

Sherman Oaks                        CA          91403
City                                State        ZIP Code

On which line in Part 1 did you enter the creditor?  2.5

Last 4 digits of account number  3   3   5   3

---

Name

Number        Street

City                                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City                                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number        Street

City                                State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Attachment
Debtor: SHAMEL SANANI       Case No: 1:17-bk-11523 MB

Attachment 1

    ASD Specialty Healthcare, Inc.,  dba Oncology Supply

    1,602,243.36

Attachment 2


    700 Kansas Lane

Attachment 3

    1,804,519.00

**Fill in this information to identify your case:**

Debtor 1      SHAMEL SANANI
              _____
              First Name          Middle Name          Last Name

Debtor 2      FARIDEH  SANANI
(Spouse, if filing)  First Name     Middle Name          Last Name

United States Bankruptcy Court for the:   Central District of California

Case number   1:17-bk-11523 MB
(If known)

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☒ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
    each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
    nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
    unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|        |                                                                   | Total claim | Priority amount | Nonpriority amount |
|--------|-------------------------------------------------------------------|-------------|-----------------|--------------------|
| **2.1** |                                                                   | $_____ | $_____ | $_____ |

**Priority Creditor's Name**

_____
Number        Street

_____

_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

| **2.2** |                                                                   | $_____ | $_____ | $_____ |

**Priority Creditor's Name**

_____
Number        Street

_____

_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

Debtor 1   SHAMEL SANANI

First Name   Middle Name   Last Name   Case number (if known)   1:17-bk-11523 MB

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1** Chase Bank

Nonpriority Creditor's Name

PO Box 6026 / Mail Code IL 1-054

Number       Street

Chicago             IL      60680

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  2  9  5  0

When was the debt incurred?  1/1/2015

$57,081.62

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Line of Credit

---

**4.2** Providence Holy Cross Medical Center

Nonpriority Creditor's Name

19950 Rinaldi Street

Number       Street

Los Angeles         CA      91403

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?  1/1/2013

$ 36,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Past-due rent on medical offices

---

**4.3**

Nonpriority Creditor's Name

Number       Street

City                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __  __  __  __

When was the debt incurred?  _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| Debtor 1 | SHAMEL SANANI | | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ _____ |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ _____ |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ _____ |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ _____ |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ _____ |

|  | | **Total claim** |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 93,081.62 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 93,081.62 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | SHAMEL SANANI |
| | First Name          Middle Name          Last Name |
| Debtor 2 | FARIDEH  SANANI |
| (Spouse if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Central District of California

Case number    1:17-bk-11523 MB
(If known)

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Mb Fin Svcs<br>Name<br>22144 Clarendon Street<br>Number        Street<br>Woodland Hills        CA      91364<br>City        State      ZIP Code | Automobile Lease - 2017 MB ES300S |
| 2.2 | Toyota Motor Credit Co<br>Name<br>36455 Corporate Dr<br>Number        Street<br>Farmington Hills      MI      48331<br>City        State      ZIP Code | Automobile Lease 2016 Lexus ES 300H |
| 2.3 | Name<br><br>Number        Street<br><br>City        State      ZIP Code | |
| 2.4 | Name<br><br>Number        Street<br><br>City        State      ZIP Code | |
| 2.5 | Name<br><br>Number        Street<br><br>City        State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | SHAMEL SANANI | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | FARIDEH  SANANI | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | | |
| Case number (If known) | 1:17-bk-11523 MB | | |

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   
   ☐ No
   ☒ Yes. In which community state or territory did you live? California;_____ Fill in the name and current address of that person.

   | | | | |
   |---|---|---|---|
   | Freda Sanani | | | |
   | Name of your spouse, former spouse, or legal equivalent | | | |
   | 3935 Prado Del Maiz | | | |
   | Number    Street | | | |
   | Calabasas | CA | | 91302 |
   | City | State | | ZIP Code |

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or Schedule G (Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| | | | | |
|---|---|---|---|---|
| **3.1** | Nassim Sanani | | | ☒ Schedule D, line 2.5, 2.4, 2.2 |
| | Name | | | ☐ Schedule E/F, line _____ |
| | 4970 Kester Ave., # 11 | | | ☐ Schedule G, line _____ |
| | Number    Street | | | |
| | Sherman Oaks | California | 91403 | |
| | City | State | ZIP Code | |
| **3.2** | Bahareh Bahadini | | | ☒ Schedule D, line 2.3, |
| | Name | | | ☒ Schedule E/F, line 4.2, |
| | PO Box 2548 | | | ☐ Schedule G, line _____ |
| | Number    Street | | | |
| | Agoura Hills | California | 91376 | |
| | City | State | ZIP Code | |
| **3.3** | Suzy Melkonian, M.D. | | | ☒ Schedule D, line 2.3, |
| | Name | | | ☒ Schedule E/F, line 4.2, |
| | 10028 Lubao Ave. | | | ☐ Schedule G, line _____ |
| | Number    Street | | | |
| | Chatsworth | CA | 91311 | |
| | City | State | ZIP Code | |

Debtor 1    SHAMEL SANANI

First Name    Middle Name    Last Name

Case number *(if known)* 1:17-bk-11523 MB

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.4**

Noth Valley Hematology/Oncology Medical Group

Name

15031 Rinaldi Street

Number    Street

Mission Hills                California            91345

City                State            ZIP Code

☒ Schedule D, line  2.1,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.5**

See Attachment 1

Name

15031 Rinaldi Street

Number    Street

Mission Hills                California            91345

City                State            ZIP Code

☒ Schedule D, line  2.3,
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.6**

Name

Number    Street

City                State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.7**

Name

Number    Street

City                State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.8**

Name

Number    Street

City                State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.9**

Name

Number    Street

City                State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.10**

Name

Number    Street

City                State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.11**

Name

Number    Street

City                State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Attachment
Debtor: SHAMEL SANANI        Case No: 1:17-bk-11523 MB

Attachment 1

North Valley Hematology/Oncology Medical Group (15031 Rinaldi Street, Mission
Hills, California 91345)

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1  **SHAMEL SANANI**
First Name    Middle Name    Last Name

Debtor 2  **FARIDEH  SANANI**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  **CENTRAL DISTRICT OF CALIFORNIA**

Case number  **1:17-bk-11523 MB**
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☒ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

**1. What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 27,500.00 | $ 850.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

| 5. | **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| | Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| | Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here➔ | $ 0.00 | $ 0.00 |

| 6. | **Net income from rental and other real property** | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| | Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| | Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here➔ | $ 0.00 | $ 0.00 |

| 7. | **Interest, dividends, and royalties** | | | $ | $ 0.00 |
|---|---|---|---|---|---|

| Debtor 1 | **SHAMEL SANANI** | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation**                                    $ ___0.00     $ ___0.00

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: ............................ ↓

For you ...................................................... $ ___0.00

For your spouse ................................................... $ ___0.00

**9. Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.                              $ ___3,000.00     $ ___0.00

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total below.

  Directorship                                                   $ ___3,000.00     $ ___0.00

  Freda - In-Home-Social Services income                         $ ___0.00     $ ___850.00

  Total amounts from separate pages, if any.  **See Attachment Line 10: Other**   + $ ___3,000.00   + $ ___0.00

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.

$ ___36,500.00  **+**  $ ___1,700.00  **=**  $ ___38,200.00

**Total current
monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11.............................................. **Copy line 11 here** ➡    $ ___38,200.00

    Multiply by 12 (the number of months in a year).                                               **x 12**

12b.  The result is your annual income for this part of the form.                          12b.      $ ___458,400.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                     **California**

Fill in the number of people in your household.          **2**

Fill in the median family income for your state and size of household. ....................................... 13.    $ ___70,245.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

14b. ☒  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
        Go to Part 3 and fill out Form 122A–2.

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗** _____          **✗** _____

  Signature of Debtor 1                              Signature of Debtor 2

Date _____                             Date _____
    MM / DD   / YYYY                                  MM / DD   / YYYY

**If you checked line 14a, do NOT fill out or file Form 122A–2.**

**If you checked line 14b, fill out Form 122A–2 and file it with this form.**

Attachment
Debtor: SHAMEL SANANI        Case Number: 1:17-bk-11523 MB

Attachment Line 10: Other Income

Description: Wells Fargo - Distribution from Pension
Amount: $3,000.00
This source of income is attributed to the debtor.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SHAMEL SANANI |
| | First Name        Middle Name        Last Name |
| Debtor 2 | FARIDEH  SANANI |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 1:17-bk-11523 MB |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | Physician | See Attachment 1 |
| **Employer's name** | | City of Hope Medical Group | Self |
| **Employer's address** | | 1500 East Duarte Road<br>Number    Street | Number    Street |
| | | Duarte, CA 91010<br>City        State    ZIP Code | ***Spouse employer state RMC***<br>City        State    ZIP Code |
| **How long employed there?** | | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 27,500.00 | $ 850.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 27,500.00 | $ 850.00 |

| Debtor 1 | SHAMEL SANANI | | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................... ➔ | 4. | $ 27,500.00 | $ 850.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 9,417.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 500.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 510.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 10,427.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 17,073.00 | $ 850.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 2,300.00 | $ 990.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Social Security | 8f. | $ 2,300.00 | $ 990.00 |
| 8g. **Pension or retirement income** | 8g. | $ 3,000.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: See Attachment 2 | 8h. | + $ 3,000.00 | + $ 850.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 10,600.00 | $ 2,830.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 27,673.00 + $ 3,680.00 = | $ 31,353.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: None                                                                                     11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies      12.   $ 31,353.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain:

# Addendum

**Attachment 1**

   **Self-Employed / Independent Contractor - Yoga Instructor**

**Attachment 2**

   **Description: Directorship**
   **Debtor's Amount: $3,000.00**
   **Spouse's Amount: $0.00**

   **Description: Freda - In-Home-Social Services income**
   **Debtor's Amount: $0.00**
   **Spouse's Amount: $850.00**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **SHAMEL SANANI** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **FARIDEH  SANANI** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | | |
| Case number (if known) | **1:17-bk-11523 MB** | | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☒ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| **Part 1:** | **Calculate Your Current Monthly Income** |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 27,500.00 | $     850.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $     0.00 | $     0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $     0.00 | $     0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here➡ | $     0.00 | $     0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here➡ | $     0.00 | $     0.00 |

| 7. | **Interest, dividends, and royalties** | $ | $     0.00 |
|---|---|---|---|

Debtor 1 **SHAMEL SANANI**                              Case number (if known) 1:17-bk-11523 MB
First Name   Middle Name   Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................ ↓

For you ................................................................... $ 0.00

For your spouse ...................................................... $ 0.00

| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ 3,000.00 | $ 0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| Directorship | $ 3,000.00 | $ 0.00 |
| Freda - In-Home-Social Services income | $ 0.00 | $ 850.00 |
| Total amounts from separate pages, if any.   **See Attachment Line 10: Other** | + $ 3,000.00 | + $ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $ 36,500.00 | + | $ 1,700.00 | = | $ 38,200.00 |
|---|---|---|---|---|
| | | | | Total current<br>monthly income |

| Part 2: | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11.............................................. **Copy line 11 here**➡   $ 38,200.00

Multiply by 12 (the number of months in a year).                                       **x 12**

12b.   The result is your annual income for this part of the form.                 12b.   $ 458,400.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                         **California**

Fill in the number of people in your household.            **2**

Fill in the median family income for your state and size of household. ............................................13.   $ 70,245.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☒ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

| Part 3: | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ _____          ✘ _____
Signature of Debtor 1                                   Signature of Debtor 2

Date _____                               Date _____
MM / DD   / YYYY                                       MM / DD   / YYYY

**If you checked line 14a, do NOT fill out or file Form 122A–2.**

**If you checked line 14b, fill out Form 122A–2 and file it with this form.**

## Attachment
### Debtor: SHAMEL SANANI      Case Number: 1:17-bk-11523 MB

Attachment Line 10: Other Income

    Description: Wells Fargo - Distribution from Pension
    Amount: $3,000.00
    This source of income is attributed to the debtor.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SHAMEL SANANI |
| | First Name   Middle Name   Last Name |
| Debtor 2 | FARIDEH  SANANI |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known) | 1:17-bk-11523 MB |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No
      ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Mother / Mother-in-Law | 89 | ☐ No  ☒ Yes |
| Daughter | 45 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☒ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I).

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,186.23 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 1,906.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 272.92 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 525.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 334.00 |

Debtor 1    SHAMEL SANANI

First Name    Middle Name    Last Name

Case number *(if known)* 1:17-bk-11523 MB

|  | | Your expenses |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 365.50 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 395.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 450.00 |
| | 6d. Other. Specify: | 6d. | $ 0.00 |
| 7. | Food and housekeeping supplies | 7. | $ 3,125.00 |
| 8. | Childcare and children's education costs | 8. | $ 0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ 1,200.00 |
| 10. | Personal care products and services | 10. | $ 450.00 |
| 11. | Medical and dental expenses | 11. | $ 725.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 600.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 600.00 |
| 14. | Charitable contributions and religious donations | 14. | $ 100.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 400.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 381.00 |
| | 15d. Other insurance. Specify: Health Ins / Daughter | 15d. | $ 532.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 657.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 425.00 |
| | 17c. Other. Specify: | 17c. | $ |
| | 17d. Other. Specify: | 17d. | $ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. | $ 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. | $ 1,906.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    SHAMEL SANANI
_____    Case number (if known) 1:17-bk-11523 MB
First Name    Middle Name    Last Name

21. **Other**. Specify: See Attachment 1    21. +$ 1,505.00

22. **Calculate your monthly expenses.**
   22a. Add lines 4 through 21.
   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2
   22c. Add line 22a and 22b. The result is your monthly expenses.

   22.    $ 21,040.65
   $
   $ 21,040.65

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $ 31,063.00

   23b. Copy your monthly expenses from line 22 above.    23b. −$ 21,040.65

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income*.    23c.    $ 10,022.35

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ❑ No.
   ❑ Yes.    Explain here:

# Attachment
## Debtor: SHAMEL SANANI        Case No: 1:17-bk-11523 MB

**Attachment 1**

**Description: Gardening / Pool Service / Pest Control**
**Amount: 1,335.00**

**Description: Sirius / pet care**
**Amount: 170.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | SHAMEL SANANI |
| | First Name          Middle Name          Last Name |
| Debtor 2 | FARIDEH  SANANI |
| (Spouse If filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 1:17-bk-11523 MB |
| (If known) | |

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Mb Fin Svcs <br> Name <br> 22144 Clarendon Street <br> Number        Street <br> Woodland Hills        CA        91364 <br> City            State    ZIP Code | Automobile Lease |
| 2.2 | Toyota Motor Credit Co <br> Name <br> 36455 Corporate Dr <br> Number        Street <br> Farmington Hills        MI        48331 <br> City            State    ZIP Code | Automobile Lease |
| 2.3 | Toyota Motor Credit Co <br> Name <br> 440 E Huntington Dr Ste <br> Number        Street <br> Arcadia        CA        91006 <br> City            State    ZIP Code | |
| 2.4 | Name <br><br> Number        Street <br><br> City            State    ZIP Code | |
| 2.5 | Name <br><br> Number        Street <br><br> City            State    ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SHAMEL SANANI |
| | First Name          Middle Name          Last Name |
| Debtor 2 | FARIDEH  SANANI |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 1:17-bk-11523 MB |
| (If known) | |

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☒ Yes. In which community state or territory did you live? California;_____. Fill in the name and current address of that person.

   Freda Sanani
   Name of your spouse, former spouse, or legal equivalent

   3935 Prado Del Maiz
   Number          Street

   | Calabasas | CA | 91302 |
   |---|---|---|
   | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or Schedule G (Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Nassim Sanani <br> Name <br><br> 4970 Kester Ave., # 11 <br> Number          Street <br><br> Sherman Oaks    California    91403 <br> City          State          ZIP Code | ☒ Schedule D, line 2.5, 2.4, 2.2 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** Bahareh Bahadini <br> Name <br><br> PO Box 2548 <br> Number          Street <br><br> Agoura Hills    California    91376 <br> City          State          ZIP Code | ☒ Schedule D, line 2.3,___ <br> ☒ Schedule E/F, line 4.2, <br> ☐ Schedule G, line _____ |
| **3.3** Suzy Melkonian, M.D. <br> Name <br><br> 10028 Lubao Ave. <br> Number          Street <br><br> Chatsworth    CA    91311 <br> City          State          ZIP Code | ☒ Schedule D, line 2.3,___ <br> ☒ Schedule E/F, line 4.2, <br> ☐ Schedule G, line _____ |

Debtor 1 ___SHAMEL SANANI_____   Case number *(if known)* _1:17-bk-11523 MB_____
First Name    Middle Name    Last Name

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |

Check all schedules that apply:

**3.4**

Noth Valley Hematology/Oncology Medical Group
Name

☒ Schedule D, line _2.1,_
☐ Schedule E/F, line _____
☐ Schedule G, line _____

15031 Rinaldi Street
Number    Street

Mission Hills                     California                91345
City                                  State                         ZIP Code

**3.5**

See Attachment 1
Name

☒ Schedule D, line _2.3,_
☐ Schedule E/F, line _____
☐ Schedule G, line _____

15031 Rinaldi Street
Number    Street

Mission Hills                     California                91345
City                                  State                         ZIP Code

**3.6**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street

City                                  State                         ZIP Code

**3.7**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street

City                                  State                         ZIP Code

**3.8**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street

City                                  State                         ZIP Code

**3.9**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street

City                                  State                         ZIP Code

**3.10**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street

City                                  State                         ZIP Code

**3.11**

Name

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number    Street

City                                  State                         ZIP Code

Attachment
Debtor: SHAMEL SANANI        Case No: 1:17-bk-11523 MB

Attachment 1

North Valley Hematology/Oncology Medical Group (15031 Rinaldi Street, Mission Hills, California 91345)

**Fill in this information to identify your case:**

Debtor 1   SHAMEL SANANI
_____
First Name          Middle Name          Last Name

Debtor 2   FARIDEH  SANANI
_____
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the:   Central District of California
_____

Case number   1:17-bk-11523 MB
(If known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
    chapter 13 income as of the following date:

    _____
    MM / DD / YYYY

Official Form 106I
_____

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | Physician | See Attachment 1 |
| **Employer's name** | City of Hope Medical Group | Self |
| **Employer's address** | 1500 East Duarte Road<br>Number   Street | _____<br>Number   Street |
| | Duarte, CA 91010<br>City      State   ZIP Code | ***Spouse employer state RMC***<br>City      State   ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 30,500.00 | $ 850.00 |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 30,500.00 | $ 850.00 |

Debtor 1    SHAMEL SANANI

First Name    Middle Name    Last Name

Case number *(if known)* 1:17-bk-11523 MB

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................. ➔ | 4. | $ 30,500.00 | $ 850.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 9,417.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 500.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 510.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 10,427.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 20,073.00 | $ 850.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Social Security | 8f. | $ 2,300.00 | $ 990.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: See Attachment 2 | 8h. | + $ 6,000.00 | + $ 850.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 8,300.00 | $ 1,840.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 28,373.00 **+** | $ 2,690.00 **=** $ 31,063.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: None

11. **+** $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. $ 31,063.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain:

# Addendum

**Attachment 1**

    **Self-Employed / Independent Contractor - Yoga Instructor**

**Attachment 2**

    **Description: Directorship**
    **Debtor's Amount: $3,000.00**
    **Spouse's Amount: $0.00**

    **Description: Freda - In-Home-Social Services income**
    **Debtor's Amount: $0.00**
    **Spouse's Amount: $850.00**

    **Description: Wells Fargo - Distribution from Pension**
    **Debtor's Amount: $3,000.00**
    **Spouse's Amount: $0.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | SHAMEL SANANI | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | FARIDEH  SANANI | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Central District of California | | |
| Case number | 1:17-bk-11523 MB | | |
| (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No
      ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Mother / Mother-in-Law | 89 | ☐ No  ☒ Yes |
   | Daughter | 45 | ☐ No  ☒ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☒ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I).

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ 4,186.23 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a.  $ 1,906.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ 272.92 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ 525.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $ 334.00 |

| Debtor 1 | SHAMEL SANANI | | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | **Your expenses** |
|---|---|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 365.50 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 395.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 450.00 |
| 6d. | Other. Specify: | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 3,125.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 1,200.00 |
| 10. | **Personal care products and services** | 10. | $ 450.00 |
| 11. | **Medical and dental expenses** | 11. | $ 725.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 600.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 400.00 |
| 15b. | Health insurance | 15b. | $ 0.00 |
| 15c. | Vehicle insurance | 15c. | $ 381.00 |
| 15d. | Other insurance. Specify: Health Ins / Daughter | 15d. | $ 532.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 657.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 425.00 |
| 17c. | Other. Specify: | 17c. | $ |
| 17d. | Other. Specify: | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. | Mortgages on other property | 20a. | $ 1,906.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1   SHAMEL SANANI                                                    Case number *(if known)* 1:17-bk-11523 MB
           First Name    Middle Name        Last Name

21.  **Other**. Specify: See Attachment 1                                  21.  +$ 1,505.00

22.  **Calculate your monthly expenses.**
     22a. Add lines 4 through 21.                                                $ 21,040.65
     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    $
     22c. Add line 22a and 22b. The result is your monthly expenses.       22.  $ 21,040.65

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.  $ 31,063.00

     23b.  Copy your monthly expenses from line 22 above.                   23b.  − $ 21,040.65

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                        23c.  $ 10,022.35

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ❑ No.
     ❑ Yes.   Explain here:

# Attachment
## Debtor: SHAMEL SANANI      Case No: 1:17-bk-11523 MB

**Attachment 1**

**Description: Gardening / Pool Service / Pest Control**
**Amount: 1,335.00**

**Description: Sirius / pet care**
**Amount: 170.00**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SHAMEL                          SANANI |
| | First Name        Middle Name        Last Name |
| Debtor 2 | FARIDEH                         SANANI |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 1:17-bk-11523 MB |
| | (If known) |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................ | $ 2,535,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................. | $ 1,682,751.97 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ......................................... | $ 4,217,751.97 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 3,633,650.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................ | + $ 93,081.62 |
| Your total liabilities | $ 3,726,731.62 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................................ | $ 31,063.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22, Column A, of *Schedule J* ........................................ | $ 21,040.65 |

Debtor 1    SHAMEL                                SANANI                      Case number *(if known)* 1:17-bk-11523 MB

     First Name    Middle Name         Last Name

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

---

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ Yes

---

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

---

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SHAMEL SANANI |
| | First Name        Middle Name        Last Name |
| Debtor 2 | FARIDEH  SANANI |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | Central District Of California |
| Case number | 1:17-bk-11523 MB |
| (If known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ s/ SHAMEL SANANI                          ✗ s/ Farideh Sanani
_____                    _____
Signature of Debtor 1                        Signature of Debtor 2

Date 07/14/2017                              Date 07/14/2017
   MM / DD / YYYY                               MM / DD / YYYY

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | SHAMEL | SANANI |
| | First Name    Middle Name | Last Name |
| Debtor 2 | FARIDEH | SANANI |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of California

Case number: 1:17-bk-11523 MB
(If known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City    State  ZIP Code | | _____<br>City    State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City    State  ZIP Code | | _____<br>City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | SHAMEL SANANI | | | Case number (if known) 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 103,512.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 6,700.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2016 )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 206,000.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 16,080.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 206,000.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 16,080.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security<br>_____<br>_____ | $ 11,500.00<br>$ _____<br>$ _____ | Social Security<br>_____<br>_____ | $ 5,880.00<br>$ _____<br>$ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2016 )<br>YYYY | Social Security<br>_____<br>_____ | $ 27,600.00<br>$ _____<br>$ _____ | Social Security<br>_____<br>_____ | $ 5,880.00<br>$ _____<br>$ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 )<br>YYYY | Social Security<br>_____<br>_____ | $ 27,600.00<br>$ _____<br>$ _____ | Social Security<br>_____<br>_____ | $ 5,880.00<br>$ _____<br>$ _____ |

| Debtor 1 | SHAMEL SANANI | | | Case number (if known) 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☒ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| See Attachment 1 <br> Creditor's Name <br><br> 227 Washington St. <br> Number   Street <br><br><br> Shonshohocken,   PA      19103 <br> City            State       ZIP Code | 04/25/17 <br><br> 05/25/17 <br><br> 05/01/17 | $ 61,718.00 | $ 1,500,000.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☒ Other  See 1 |
| See Attachment 2 <br> Creditor's Name <br><br> 227 Washington St. <br> Number   Street <br><br><br> Shonshohocken,   PA      19103 <br> City            State       ZIP Code | 05/05/17 | $ 1,500,000.00 | $ 1,800,000.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☒ Other  See 2 |
| Wells Fargo Home Mortgage <br> Creditor's Name <br><br> 8480 Stagecoach Cir <br> Number   Street <br><br><br> Frederick        MD       21701 <br> City            State       ZIP Code | 03/08/17 <br><br> 04/08/17 <br><br> 05/08/17 | $ 8,688.00 | $ 569,000.00 | ☒ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

See Attachment 3

| Debtor 1 | SHAMEL SANANI | | | Case number (if known) 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name <br><br> _____ <br> Number      Street <br><br> _____ <br><br> _____ <br> City            State    ZIP Code | _____ <br><br><br> _____ <br><br><br><br> _____ | $_____ <br><br><br> | $_____ <br><br><br> | |
| _____ <br> Insider's Name <br><br> _____ <br> Number      Street <br><br> _____ <br><br> _____ <br> City            State    ZIP Code | _____ <br><br><br> _____ <br><br><br><br> _____ | $_____ <br><br><br> | $_____ <br><br><br> | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| _____ <br> Insider's Name <br><br> _____ <br> Number      Street <br><br> _____ <br><br> _____ <br> City            State    ZIP Code | _____ <br><br><br> _____ <br><br><br><br> _____ | $_____ <br><br><br> | $_____ <br><br><br> | |
| _____ <br> Insider's Name <br><br> _____ <br> Number      Street <br><br> _____ <br><br> _____ <br> City            State    ZIP Code | _____ <br><br><br> _____ <br><br><br><br> _____ | $_____ <br><br><br> | $_____ <br><br><br> | |

| Debtor 1 | SHAMEL SANANI | | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title Pacific Western Bank v. <br><br> Shamel Sanani, et al. <br><br> Case number  LC 10355 | Collection of business debt of which Debtor was guarantor | See Attachment 4 <br> Court Name <br><br> 6230 Sylmar Ave. <br> Number    Street <br><br> Van Nuys          CA      91401 <br> City              State    ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title ASD Speciality Healthcare, <br><br> Inc. <br><br> Case number  LC 102309 | Collection action on personal guarantee of business (North Valley Hematology / Oncology Medical Group | California Superior Court <br> Court Name <br><br> 6230 Sylmar Ave. <br> Number    Street <br><br> Van Nuys          CA      91401 <br> City              State    ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| See Attachment 5 <br> Creditor's Name <br><br> 227 Washington Street <br> Number    Street <br><br><br> Shonshohocken    PA    19428 <br> City       State   ZIP Code | Wages from employment -  City of Hope <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☒ Property was garnished. <br> ☒ Property was attached, seized, or levied. | See 5 | $8,218.00 |
| <br> Creditor's Name <br><br><br> Number    Street <br><br><br> City       State   ZIP Code | <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $_____ |

---

Debtor 1  SHAMEL SANANI

First Name    Middle Name    Last Name

Case number (if known) 1:17-bk-11523 MB

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City              State   ZIP Code | | | $_____ |

Last 4 digits of account number: XXXX–___ ___ ___ ___

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br>Number  Street<br><br>_____<br><br>_____<br>City              State   ZIP Code<br><br>Person's relationship to you _____ | | _____<br><br>_____ | $_____<br><br>$_____ |
| **Gifts with a total value of more than $600 per person** | **Describe the gifts** | **Dates you gave the gifts** | **Value** |
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br>Number  Street<br><br>_____<br><br>_____<br>City              State   ZIP Code<br><br>Person's relationship to you _____ | | _____<br><br>_____ | $_____<br><br>$_____ |

Debtor 1    SHAMEL SANANI
_____    Case number (if known) 1:17-bk-11523 MB
First Name    Middle Name    Last Name

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

[x] No
[ ] Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br>Number  Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

[x] No
[ ] Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

[ ] No
[x] Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Barness & Barness LLP<br>Person Who Was Paid<br><br>11377 W. Olympic Blvd., 2nd Floor<br>Number    Street<br><br>_____<br><br>Los Angeles    CA    90064<br>City    State    ZIP Code<br><br>Daniel@BarnessLaw.com<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | 06/05/17<br><br>05/25/17<br><br>See Attachment 6 | $ 5,000.00<br><br>$ 12,000.00 |

| Debtor 1 | SHAMEL SANANI | | Case number (if known) 1:17-bk-11523 MB |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | _____ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| | | | _____ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | SHAMEL SANANI | | | Case number (if known) 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No
☒ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust  Sanani Family Trust | 3935 Prado Del Maiz, Calabasas, CA | See 7 |

---

**Part 8:**   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Bank of America<br>**Name of Financial Institution**<br><br>**Number   Street**<br><br>Calabasas           CA<br>**City           State   ZIP Code** | XXXX– 1  8  9  4 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | See 8 | $ 3,035.22 |
| **Name of Financial Institution**<br><br>**Number   Street**<br><br>**City           State   ZIP Code** | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution**<br><br>**Number   Street**<br><br>**City           State   ZIP Code** | **Name**<br><br>**Number   Street**<br><br>**City   State   ZIP Code** | | ☐ No<br>☐ Yes |

| Debtor 1 | SHAMEL SANANI | | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| | | | |
| Number   Street | Number   Street | | |
| | | | |
| City            State    ZIP Code | City State  ZIP Code | | |

---

**Part 9:     Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns?** Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No

☒ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | Bank account | |
| Owner's Name | | | $ 69.18 |
| 3935 Prado Del Maiz | | | |
| Number   Street | Number   Street | | |
| | | | |
| Calabasas          CA       See 9 | | | |
| City            State    ZIP Code | City          State    ZIP Code | | |

---

**Part 10:     Give Details About Environmental Information**

See Attachment 10

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| | | | |
| Number   Street | Number   Street | | |
| | | | |
| City            State    ZIP Code | City          State    ZIP Code | | |

| Debtor 1 | SHAMEL SANANI | | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>City          State    ZIP Code | _____<br>City          State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | _____<br>Court Name | | ☐ Pending |
| _____ | _____<br>Number    Street | | ☐ On appeal |
| _____<br>Case number | _____<br>City          State    ZIP Code | | ☐ Concluded |

---

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☒ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| See Attachment 11<br>Business Name | Medical Practice | EIN: _9_ _5_ – _4_ _3_ _3_ _4_ _8_ _2_ _2_ |
| 15301 Rinaldi St.<br>Number    Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| Mission Hills    CA    91345<br>City          State    ZIP Code | Michael Lewis, 17530 Ventura Blvd., Encino, CA 91316 | From _____ To _N/A_ |
| _____<br>Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| _____<br>Number    Street | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| _____<br>City          State    ZIP Code | | From _____ To _____ |

Debtor 1    SHAMEL SANANI

First Name    Middle Name    Last Name

Case number (if known) 1:17-bk-11523 MB

| Business Name | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City    State    ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No

☐ Yes. Fill in the details below.

| | Date issued |
| --- | --- |
| Name | MM / DD / YYYY |
| Number    Street | |
| City    State    ZIP Code | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ s/ SHAMEL SANANI                     ✖ s/ Farideh Sanani

Signature of Debtor 1                     Signature of Debtor 2

Date 14 July 2017                     Date 14 July 2017

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No

☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Attachment 1/2

## Debtor: SHAMEL SANANI    Case No: 1:17-bk-11523 MB

Attachment 1

ASD Specialty Healthcare, Inc.,  dba Oncology Supply

Attachment 1

Judgment - Wage Garnishment / Payment on account of settlent

Attachment 2

ASD Specialty Healthcare, Inc.,  dba Oncology Supply

Attachment 2

Judgment - Deed of Trust to 3935 Prado Del Maiz, Calabasas, CA 91302

Attachment 3  Additional Payments or Transfers to Creditors:

Creditor's Name: Wells Fargo Home Mortgage
Creditor's Address: 8480 Stagecoach Cir, Frederick, MD 21701
Date of Payments or Transfers: March 8, 2017; April 8, 2017; May 8, 2017;
Total Amount or Value: $5,721.00
Amount Still Owing: $273,000.00
Reasons for Payment or Transfer: Mortgage

Creditor's Name: JP Morgan Chase
Creditor's Address:
700 Kansas Lane, Monroe, LA 71203
Date of Payments or Transfers: March 8, 2017; April 8, 2017; May 8, 2017
Total Amount or Value: $3,600.00
Amount Still Owing: $242,000.00
Reasons for Payment or Transfer: Loan Repayment

Attachment 4

California Superior Court - Los Angeles County

Attachment 5

ASD Speciality Healthcare, Inc. , dba Oncology Supply

Attachment 5

April 25, 2017  - May 31, 2017

Attachment 6

Additional Transfers to Barness & Barness LLP
Date of Transfer: May 15, 2017
Value of Transfer: $1,430.00

Attachment 7

Property originally held in name of  Trust, then transferred to Debtor indivdually.  On

Attachment 2/2
Debtor: SHAMEL SANANI        Case No: 1:17-bk-11523 MB

about 9/15/2012, property transfferred back to Family Trust

Attachment 8

Debtor Freda Sanani's name was removed from an account on which she had been signatory with her daughter

Attachment 9

91302-3633

Attachment 10 Additional Property Held that Someone Else Owns

Address: 3935 Prado Del Paiz, Calabasas, CA 91302-3633
Property Description: Charge account with CitiBank - $5,000 limit
Value: $0.00

Attachment 11

North Valley Hematology Oncology Medical Group