**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | SHAMEL SANANI |
| | First Name          Middle Name          Last Name |
| Debtor 2 | FARIDEH SANANI |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District Of California |
| Case number (if known) | 1:17-bk-11523 MB |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Wells Fargo Hm Mortgag<br><br>Description of property securing debt: Joint Tenancy - 4970 Kester | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: payments<br>See Attachment 1 | ☐ No<br>☒ Yes |
| Creditor's name: Wells Fargo Hm Mortgag<br><br>Description of property securing debt: Joint Tenancy - 4970 Kester | ☒ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☒ No<br>☐ Yes |
| Creditor's name: JP Morgan Chase<br><br>Description of property securing debt: 3935 Prado Del Maiz | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: payments<br>to be made pending sale or other disposition | ☐ No<br>☒ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Your name    SHAMEL SANANI
First Name        Middle Name        Last Name        Case number (*If known*) 1:17-bk-11523 MB

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Mb Fin Svcs<br><br>Description of leased property: Automobile Lease | ☐ No<br>☒ Yes |
| Lessor's name: Toyota Motor Credit Co<br><br>Description of leased property: | ☐ No<br>☒ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ s/ SHAMEL SANANI                         ✖ s/ Farideh Sanani
Signature of Debtor 1                          Signature of Debtor 2

Date 07/13/2017                              Date 07/13/2017
MM / DD / YYYY                               MM / DD / YYYY

Attachment
Debtor: SHAMEL SANANI        Case No: 1:17-bk-11523 MB

Attachment 1

to continue pending sale or other disposition of property

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **SHAMEL SANANI** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **FARIDEH  SANANI** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | | |
| Case number (if known) | **1:17-bk-11523 MB** | | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☒ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| **Part 1:** | **Calculate Your Current Monthly Income** |
|---|---|

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 27,500.00 | $ 850.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 | Copy here➔ | $ 0.00 | $ 0.00 |

6. Net income from rental and other real property

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here➔ | $ 0.00 | $ 0.00 |

| 7. | **Interest, dividends, and royalties** | $ | $ 0.00 |
|---|---|---|---|

Debtor 1   **SHAMEL SANANI**
_____    Case number (*if known*) 1:17-bk-11523 MB
First Name      Middle Name       Last Name

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

8. **Unemployment compensation**

    $ 0.00    $ 0.00

  Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: .............................. ↓

    For you ............................................... $ 0.00

    For your spouse ................................................... $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.

    $ 3,000.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total below.

    Directorship      $ 3,000.00    $ 0.00

    Freda - In-Home-Social Services income      $ 0.00    $ 850.00

  Total amounts from separate pages, if any.   **See Attachment Line 10: Other**    + $ 3,000.00    + $ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.

    $ 36,500.00    **+**    $ 1,700.00    **=**    $ 38,200.00

    Total current
monthly income

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

  12a.   Copy your total current monthly income from line 11.................................................... **Copy line 11 here ➡**    $ 38,200.00

      Multiply by 12 (the number of months in a year).      **x 12**

  12b.   The result is your annual income for this part of the form.      12b.    $ 458,400.00

13. **Calculate the median family income that applies to you.** Follow these steps:

  Fill in the state in which you live.      **California**

  Fill in the number of people in your household.      **2**

  Fill in the median family income for your state and size of household. ............................................... 13.    $ 70,245.00

  To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

  14a. ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

  14b. ☒   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ /s/ Shamel Sanani
_____
Signature of Debtor 1

Date 07-14-2017
   MM / DD / YYYY

✗ /s/ Freda Sanani
_____
Signature of Debtor 2

Date 07-14-2017
   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Attachment

Debtor: SHAMEL SANANI       Case Number: 1:17-bk-11523 MB

Attachment Line 10: Other Income

Description: Wells Fargo - Distribution from Pension
Amount: $3,000.00
This source of income is attributed to the debtor.

Fill in this information to identify your case:

| Debtor 1 | **SHAMEL SANANI** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **FARIDEH  SANANI** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **CENTRAL DISTRICT OF CALIFORNIA**

Case number    1:17-bk-11523 MB
(If known)

☒ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

    ☒ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

    ☐ No. Go to line 3.

    ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No. Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No. Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes. Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

    If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

    If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

Debtor 1 **SHAMEL SANANI**
First Name    Middle Name    Last Name

Debtor 2 **FARIDEH  SANANI**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number **1:17-bk-11523 MB**
(If known)

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this Statement:

☒ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

Official Form 122A–2

# Chapter 7 Means Test Calculation

04/16

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (**Official Form 122A-1**).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:  Determine Your Adjusted Income

1. Copy your total current monthly income. ................................................Copy line 11 from Official Form 122A-1 here ➡ ............    $ **38,200.00**

2. Did you fill out Column B in Part 1 of Form 122A–1?

   ☐ No. Fill in $0 for the total on line 3.

   ☒ Yes. Is your spouse filing with you?

      ☐ No. Go to line 3.

      ☒ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☐ No. Fill in 0 for the total on line 3.

   ☐ Yes. Fill in the information below:

   | State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | + $_____ |
   | **Total.** ......................................................... | $_____ **0.00** |

   Copy total here ➡ — $_____ **0.00**

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1.

   $ **38,200.00**

| Debtor 1 | SHAMEL | | SANANI | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Calculate Your Deductions from Your Income**

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   | 2 |
   |---|

**National Standards**        You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

   $ 1,132.00

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

   **People who are under 65 years of age**

   7a.  Out-of-pocket health care allowance per person        $          49.00

   7b.  Number of people who are under 65        X          0

   7c.  **Subtotal.** Multiply line 7a by line 7b.        $          0.00    Copy here ➡    $          0.00

   **People who are 65 years of age or older**

   7d.  Out-of-pocket health care allowance per person        $          117.00

   7e.  Number of people who are 65 or older        X          0

   7f.  **Subtotal.** Multiply line 7d by line 7e.        $          0.00    Copy here ➡    + $          0.00

   7g.  **Total.** Add lines 7c and 7f.................................................        $          0.00     Copy total here ➡    $          0.00

| Debtor 1 | SHAMEL SANANI | | | Case number *(if known)* 1:17-bk-11523 MB |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. ....................................................................  $_____561.00

9.  **Housing and utilities – Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses...................................................  $____1,979.00

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | + $_____ |
| Total average monthly payment | $_____0.00 |

Copy here➡ — $_____0.00    Repeat this amount on line 33a.

9c. Net mortgage or rent expense.
Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0..................................................  $____1,979.00    Copy here➡  $____1,979.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**  $_____0.00

Explain why:  _____
_____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐  0. Go to line 14.
☐  1. Go to line 14.
☐  2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.  $_____

Debtor 1    **SHAMEL SANANI**

First Name    Middle Name    Last Name

Case number *(if known)* **1:17-bk-11523 MB**

---

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| **Vehicle 1** | Describe Vehicle 1: _____ |

13a. Ownership or leasing costs using IRS Local Standard. ................................................ $_____

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| **Name of each creditor for Vehicle 1** | **Average monthly payment** |
|---|---|
| _____ | $_____ |
| + _____ | $_____ |

Total average monthly payment    $_____    **Copy here ➡**    — $_____    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0. ............ $_____    **Copy net Vehicle 1 expense here ➡** $_____

| **Vehicle 2** | Describe Vehicle 2: _____ |

13d. Ownership or leasing costs using IRS Local Standard. ................................................ $_____

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| **Name of each creditor for Vehicle 2** | **Average monthly payment** |
|---|---|
| _____ | $_____ |
| + _____ | $_____ |

Total average monthly payment    $_____    **Copy here ➡**    — $_____    Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this amount is less than $0, enter $0. .............. $_____    **Copy net Vehicle 2 expense here ➡** $_____

14. **Public transportation expense**: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation. $_____

15. **Additional public transportation expense**: If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*. $_____

---

Debtor 1    **SHAMEL SANANI**
First Name    Middle Name    Last Name

Case number (*if known*) **1:17-bk-11523 MB**

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes.

$ _____ 0.00

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

$ _____ 0.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance.  If two married people are filing together, include payments that you make for your spouse's term life insurance.  Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.

$ _____ 0.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.

$ _____ 0.00

20. **Education:** The total monthly amount that you pay for education that is either required:
   - as a condition for your job, or
   - for your physically or mentally challenged dependent child if no public education is available for similar services.

$ _____ 0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education.

$ _____ 0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.

$ _____ 0.00

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

+ $ _____ 0.00

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.

$ _____ 3,672.00

Debtor 1 ___SHAMEL_____ ___SANANI_____

First Name    Middle Name    Last Name

Case number *(if known)* __1:17-bk-11523 MB__

| Additional Expense Deductions | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note*: Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $_____0.00 | |
| Disability insurance | $_____0.00 | |
| Health savings account | + $_____0.00 | |
| Total | $_____0.00 | Copy total here➔ .................................... $_____0.00 |

Do you actually spend this total amount?

☐ No. How much do you actually spend?    $_____

☐ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $_____0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.    $_____0.00

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.    $_____0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.    $_____0.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $_____0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).    + $_____0.00

32. **Add all of the additional expense deductions.**
Add lines 25 through 31.    $_____0.00

| Debtor 1 | **SHAMEL SANANI** | | Case number *(if known)* **1:17-bk-11523 MB** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

### Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | Average monthly payment |
|---|---|---|

**Mortgages on your home:**

33a. Copy line 9b here.................................................➔  $_____0.00

**Loans on your first two vehicles:**

33b. Copy line 13b here. .............................................➔  $_____

33c. Copy line 13e here. ............................................. ➔  $_____

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| Pacific Western Bank | 3935 Prado Del Maiz | ☒ No<br>☐ Yes | $_____ |
| Wells Fargo Hm Mortgag | Joint Tenancy - 4970 Kester | ☐ No<br>☐ Yes | $_____ |
| Wells Fargo Hm Mortgag | Joint Tenancy - 4970 Kester | ☒ No<br>☐ Yes | + $_____ |

   **See Attachment Line 33d: Other Secured Debts**

33e. Total average monthly payment. Add lines 33a through 33d.............  $_____0.00   Copy total here ➔  $_____0.00

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

    ☒ No. Go to line 35.
    ☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | + $_____ |
| | | Total | | |

   Total   $ 0.00   Copy total here ➔  $ 0.00

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

    ☒ No. Go to line 36.
    ☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

    Total amount of all past-due priority claims ...............................  $_____  ÷ 60 =  $_____0.00

Debtor 1 ___SHAMEL___  _____  ___SANANI___    Case number (if known) __1:17-bk-11523 MB__
      First Name     Middle Name     Last Name

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
    For more information, go online using the link for *Bankruptcy Basics* specified in the separate
    instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

  ☒ No.  Go to line 37.

  ☐ Yes. Fill in the following information.

      Projected monthly plan payment if you were filing under Chapter 13      $_____

      Current multiplier for your district as stated on the list issued by the
      Administrative Office of the United States Courts (for districts in Alabama and
      North Carolina) or by the Executive Office for United States Trustees (for all
      other districts).      x _____

      To find a list of district multipliers that includes your district, go online using the
      link specified in the separate instructions for this form. This list may also be
      available at the bankruptcy clerk's office.

      Average monthly administrative expense if you were filing under Chapter 13   $_____  **Copy total here** ➜   $_____

37. **Add all of the deductions for debt payment.**
    Add lines 33e through 36. ........................................................................................   $ 0.00

### Total Deductions from Income

38. **Add all of the allowed deductions.**

  Copy line 24, *All of the expenses allowed under IRS*
  *expense allowances* .................................................  $    **3,672.00**

  Copy line 32, *All of the additional expense deductions*..........  $    **0.00**

  Copy line 37, *All of the deductions for debt payment* ...........  + $    **0.00**

          Total deductions  $    **3,672.00**    **Copy total here** ............................ ➜  $  **3,672.00**

---

| **Part 3:** | **Determine Whether There Is a Presumption of Abuse** |
| --- | --- |

39. **Calculate monthly disposable income for 60 months**

  39a.  Copy line 4, *adjusted current monthly income* .....  $    **38,200.00**

  39b.  Copy line 38, *Total deductions*..........  − $    **3,672.00**

  39c.  Monthly disposable income. 11 U.S.C. § 707(b)(2).  $    **34,528.00**  **Copy here** ➜  $    **34,528.00**
      Subtract line 39b from line 39a.

      For the next 60 months (5 years)...........................................................  x 60

  39d.  **Total.** Multiply line 39c by 60. ........................................................  $ **2,071,680.00**  **Copy here** ➜  $ **See**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

  ☐ **The line 39d is less than $7,700\***. On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go
    to Part 5.

  ☒ **The line 39d is more than $12,850\***. On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You
    may fill out Part 4 if you claim special circumstances. Then go to Part 5.

  ☐ **The line 39d is at least $7,700\*, but not more than $12,850\***. Go to line 41.

    \* Subject to adjustment on 4/01/19, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1 __SHAMEL SANANI_____  Case number (if known)__1:17-bk-11523 MB__
First Name    Middle Name    Last Name

41.  41a.  **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form................................................  $_____

x   .25

41b.  **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).
Multiply line 41a by 0.25. ....................................................................  $_____  Copy here ➡  $_____

42.  **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐  **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐  **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

| Part 4: | Give Details About Special Circumstances |
|---|---|

43.  **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☒  **No.**  Go to Part 5.

☐  **Yes.** Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

| Part 5: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ __s/ SHAMEL SANANI_____    ✗ __s/ Farideh Sanani_____
   Signature of Debtor 1                                    Signature of Debtor 2

Date __07/14/2017_____    Date __07/14/2017_____
   MM / DD  / YYYY                 MM / DD  / YYYY

## Attachment
### Debtor: SHAMEL SANANI      Case Number: 1:17-bk-11523 MB

Attachment Line 33d: Other Secured Debts

       Name of Creditor: ASD Specialty Healthcare, Inc.,  dba Oncology Supply
       Property Securing the Debt: Debtors' Homestead at 3935 Prado Del Maiz, Calabasas, CA
91302
       Average Monthly Payment: $0.00
       Payment does not include taxes or insurance.

       Name of Creditor: JP Morgan Chase
       Property Securing the Debt: 3935 Prado Del Maiz
       Average Monthly Payment: $0.00
       Payment does not include taxes or insurance.

Attachment Line 39d

    2,071,680.00

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

In re

**SHAMEL SANANI and FARIDEH  SANANI**

Case No. **1:17-bk-11523 MB**

**Debtor**

Chapter **7**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **12,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ **18,430.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **-6,430.00**

2.  The source of the compensation paid to me was:

[X] Debtor        [ ] Other (specify)

3.  The source of compensation to be paid to me is:

[X] Debtor        [ ] Other (specify)

4.    [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Services outside scope of representation**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 14, 2017** | **s/ Daniel I. Barness** |
| *Date* | *Signature of Attorney* |
| | **Barness & Barness LLP** |
| | *Name of law firm* |

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re                                                          Chapter 7

    SHAMEL SANANI and FARIDEH  SANANI            Case No. 1:17-bk-11523 MB

        Debtors.


## STATEMENT OF MONTHLY GROSS INCOME

The undersigned certifies the following is the debtor's monthly income.

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $ 27,500.00 | $ 340.00 |
| Five months ago | $ 27,500.00 | $ 340.00 |
| Four months ago | $ 27,500.00 | $ 340.00 |
| Three months ago | $ 27,500.00 | $ 340.00 |
| Two months ago | $ 27,500.00 | $ 340.00 |
| Last month | $ 27,500.00 | $ 340.00 |
| Income from other sources | $ 8,300.00 | $ 1,800.00 |
| Total Gross income for six months preceding filing | $ 173,300.00 | $ 3,840.00 |
| **Average Monthly Gross Income** | $ 28,883.33 | $ 640.00 |


Dated:    July 14, 2017

                                                  s/ SHAMEL SANANI
                                                     SHAMEL SANANI
                                                        Debtor

                                                    s/ Farideh Sanani
                                                    FARIDEH  SANANI
                                                        Joint Debtor

[AMENDED] **STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**1:16-bk-12099 VK / In re Shamel Sanani / Chapter 11   Filed: 7/20/2016 Judge Victoria Kaufman / Dismissed  03/2017 / Real Property**

**listed in Schedule A in previous case:  (1) 3935 Prado Del Maiz, Calabasas, CA 91302; (2)4970 Kester Ave # 11, Sherman Oaks, CA 91403**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles, California** , California

Date: **July 14, 2017**

**s/ SHAMEL SANANI**
Signature of Debtor

**s/ Farideh Sanani**
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel I. Barness**<br>☐**11377 W. Olympic Blvd., 2nd Floor**<br>**Los Angeles, California 90064**<br>☐**Telephone: (310) 594-3011**<br>☐**Fax: (310) 473-8700**<br>☐**Bar no.: 104203**<br>☐**Email: Daniel@BarnessLaw.com** | |
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**

| In re: | CASE NO.: **1:17-bk-11523 MB** |
|---|---|
| | CHAPTER: **7** |
| **SHAMEL SANANI and FARIDEH  SANANI** | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1.  ☒   I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☒   **I was paid by an employer**.  Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period.  (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐   **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: <u>**July 14, 2017**</u>    **SHAMEL SANANI**                          **s/ SHAMEL SANANI**
                                              Printed name of Debtor 1                          Signature of Debtor 1

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☒ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (_Check only ONE box below_):

☐ **I was paid by an employer**.  Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period.  (_If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration._)

☒ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: <u>**July 14, 2017**</u>    **FARIDEH  SANANI**                        **s/ Farideh Sanani**
                             Printed name of Debtor 2                             Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

 City of Hope. | MEDICAL GROUP

CITY OF HOPE MEDICAL GROUP          UNION BANK
1500 EAST DUARTE ROAD
DUARTE, CA 91010

| DATE | AMOUNT |
|---|---|
| 06/26/2017 | $8847.29 |

PAY  EIGHT THOUSAND EIGHT HUNDRED FORTY SEVEN DOLLARS and 29 CENTS

TO THE
ORDER
OF

SHAMEL SANANI
3935 PRADO DEL MAIZ
CALABASAS, CA 91302

| Bank Account Number | Deposit Amount |
|---|---|
| XXXXXXX9201 | 8847.29 |

## NON NEGOTIABLE

SANANI, S.                                    06/01/2017   06/15/2017

| EMPLOYEE NO. | BRANCH | EMPLOYEE NAME | | | | PERIOD START | PERIOD END |
|---|---|---|---|---|---|---|---|

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Excess Life Ins | 0.000 | 309.00 | 2353.50 | CALIFORNIA | 1088.65 | 11975.15 |
| Holiday-MD | 0.000 | 0.00 | 2538.36 | CALIFORNIA DISA | 0.00 | 998.12 |
| Regular Pay | 0.000 | 0.00 | 142365.73 | FEDERAL INCOME | 3039.25 | 33431.75 |
| Regular Pay | 86.670 | 13750.00 | 142365.73 | FEDERAL MEDICAR | 200.86 | 2194.30 |
| Vacation-MD | 0.000 | 0.00 | 6345.91 | FEDERAL SOCIAL | 0.00 | 7886.43 |
| | | | | BLUE CROSS | 206.81 | 2274.91 |
| | | | | LONG TERM DISB. | 97.63 | 974.93 |
| | | | | METDENTAL PPO | 10.20 | 112.20 |
| | | | | METVISION | 9.31 | 102.41 |
| | | | | OTHER % | 0.00 | 4218.86 |
| | | | | ROTH 401K | 250.00 | 2750.00 |

| 13750.00 | 14059.00 | 4902.71 | 8847.29 | 153603.50 | 66919.06 | 84330.94 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

| VACATION BALANCE | 272.65 | ILLNESS BALANCE | 72.01 | PERSONAL BALANCE | 24.00 |
|---|---|---|---|---|---|

Jul 12 17 07:23p       818-222-4443                              8182224443                 p.4

| EMPLOYEE NO.   BRANCH | | SANANI, S.<br>EMPLOYEE NAME | | 05/15/2017<br>PERIOD START | 05/31/2017<br>PERIOD END | 0013924<br>CHECK NO |
|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Excess Life Ins | 0.000 | 309.00 | 2044.50 | CALIFORNIA | 1088.65 | 10886.50 |
| Holiday-MD | 8.000 | 1269.18 | 2538.36 | CALIFORNIA DISA | 0.00 | 998.12 |
| Regular Pay | 78.670 | 12480.82 | 128615.73 | FEDERAL INCOME | 3039.25 | 30392.50 |
| Vacation-MD | 0.000 | 0.00 | 6345.91 | FEDERAL MEDICAR | 200.86 | 1993.44 |
| | | | | FEDERAL SOCIAL | 221.70 | 7886.43 |
| | | | | BLUE CROSS | 206.81 | 2068.10 |
| | | | | LONG TERM DISB. | 97.63 | 877.30 |
| | | | | METDENTAL PPO | 10.20 | 102.00 |
| | | | | METVISION | 9.31 | 93.10 |
| | | | | OTHER % | 0.00 | 4218.86 |
| | | | | ROTH 401K | 250.00 | 2500.00 |
| 13750.00<br>PAY RATE | 14059.00<br>CURRENT EARNINGS | 5124.41<br>CURRENT DEDUCTIONS | 8625.59<br>NET PAY | 139544.50<br>Y.T.D. EARNINGS | 62016.35<br>Y.T.D. DEDUCTIONS | 75483.65<br>Y.T.D. NET PAY |

VACATION BALANCE    265.99        ILLNESS BALANCE    66.00        PERSONAL BALANCE    24.00

| EMPLOYEE NO. | BRANCH | | SANANI, S.<br>EMPLOYEE NAME | | | 05/01/2017<br>PERIOD START | 05/15/2017<br>PERIOD END | 0013904<br>CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Excess Life Ins | | 0.000 | 309.00 | 1735.50 | CALIFORNIA | | 1088.65 | 9797.85 |
| Holiday-MD | | 0.000 | 0.00 | 1269.18 | CALIFORNIA DISA | | 10.17 | 998.12 |
| Regular Pay | | 86.670 | 13750.00 | 116134.91 | FEDERAL INCOME | | 3039.25 | 27353.25 |
| Vacation-MD | | 0.000 | 0.00 | 6345.91 | FEDERAL MEDICAR | | 200.86 | 1792.58 |
| | | | | | FEDERAL SOCIAL | | 858.84 | 7664.73 |
| | | | | | BLUE CROSS | | 206.81 | 1861.29 |
| | | | | | LONG TERM DISB. | | 97.63 | 779.67 |
| | | | | | METDENTAL PPO | | 10.20 | 91.80 |
| | | | | | METVISION | | 9.31 | 83.79 |
| | | | | | OTHER % | | 0.00 | 4218.86 |
| | | | | | ROTH 401K | | 250.00 | 2250.00 |

| 13750.00<br>PAY RATE | 14059.00<br>CURRENT EARNINGS | 5771.72<br>CURRENT DEDUCTIONS | 7978.28<br>NET PAY | 125485.50<br>Y.T.D. EARNINGS | 56891.94<br>Y.T.D. DEDUCTIONS | 66858.06<br>Y.T.D. NET PAY |
|---|---|---|---|---|---|---|

VACATION BALANCE   259.32        ILLNESS BALANCE   60.00        PERSONAL BALANCE   24.00

# ![City of Hope] City of Hope. | MEDICAL GROUP

**CITY OF HOPE MEDICAL GROUP**
1500 EAST DUARTE ROAD
DUARTE, CA 91010

**UNION BANK**

| DATE | AMOUNT |
|------|--------|
| 05/10/2017 | $5754.35 |

PAY  FIVE THOUSAND SEVEN HUNDRED FIFTY FOUR DOLLARS and 35 CENTS

TO THE
ORDER
OF

SHAMEL SANANI
3935 PRADO DEL MAIZ
CALABASAS, CA  91302

| Bank Account Number | Deposit Amount |
|---------------------|----------------|
| XXXXXX8358 | 5754.35 |

## NON NEGOTIABLE

SANANI, S.            04/15/2017   04/30/2017

| EMPLOYEE NO. | BRANCH | EMPLOYEE NAME | | | | PERIOD START | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|----------|-----------|----------------|--------------|------------|----------------|--------------|
| Excess Life Ins | 0.000 | 309.00 | 1426.50 | CALIFORNIA | 1088.65 | 8709.20 |
| Holiday-MD | 0.000 | 0.00 | 1269.18 | CALIFORNIA DISA | 124.67 | 987.95 |
| Regular Pay | 46.670 | 7404.09 | 102384.91 | FEDERAL INCOME | 3039.25 | 24314.00 |
| Vacation-MD | 40.000 | 6345.91 | 6345.91 | FEDERAL MEDICAR | 200.86 | 1591.72 |
| | | | | FEDERAL SOCIAL | 858.84 | 6805.89 |
| | | | | BLUE CROSS | 206.81 | 1654.48 |
| | | | | LONG TERM DISB. | 97.63 | 682.04 |
| | | | | METDENTAL PPO | 10.20 | 81.60 |
| | | | | METVISION | 9.31 | 74.48 |
| | | | | OTHER % | 2109.43 | 4218.86 |
| | | | | ROTH 401K | 250.00 | 2000.00 |

*Garnish* (handwritten)

| 13750.00 | 14059.00 | 7995.65 | 5754.35 | 111426.50 | 51120.22 | 58879.78 |
|----------|----------|---------|---------|-----------|----------|----------|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

| VACATION BALANCE | 252.65 | ILLNESS BALANCE | 54.00 | PERSONAL BALANCE | 24.00 |

 **City of Hope.. | MEDICAL GROUP**

CITY OF HOPE MEDICAL GROUP          UNION BANK
1500 EAST DUARTE ROAD
DUARTE, CA 91010

|  | DATE | AMOUNT |
|---|---|---|
|  | 04/25/2017 | $5754.35 |

PAY  FIVE THOUSAND SEVEN HUNDRED FIFTY FOUR DOLLARS and 35 CENTS

TO THE
ORDER
OF

SHAMEL SANANI
3935 PRADO DEL MAIZ
CALABASAS, CA  91302

| Bank Account Number | Deposit Amount |
|---|---|
| XXXXXX8358 | 5754.35 |

## NON NEGOTIABLE

| SANANI, S. | | | | | 04/01/2017 | 04/15/2017 |
|---|---|---|---|---|---|---|
| EMPLOYEE NO.   BRANCH | | | EMPLOYEE NAME | | PERIOD START | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Excess Life Ins | 0.000 | 309.00 | 1117.50 | CALIFORNIA | 1088.65 | 7620.55 |
| Holiday-MD | 0.000 | 0.00 | 1269.18 | CALIFORNIA DISA | 124.67 | 863.28 |
| Regular Pay | 0.000 | 0.00 | 94980.82 | FEDERAL INCOME | 3039.25 | 21274.75 |
| Regular Pay | 86.670 | 13750.00 | 94980.82 | FEDERAL MEDICAR | 200.86 | 1390.86 |
|  |  |  |  | FEDERAL SOCIAL | 858.84 | 5947.05 |
|  |  |  |  | BLUE CROSS | 206.81 | 1447.67 |
|  |  |  |  | LONG TERM DISB. | 97.63 | 584.41 |
|  |  |  |  | METDENTAL PPO | 10.20 | 71.40 |
|  |  |  |  | METVISION | 9.31 | 65.17 |
|  |  |  |  | OTHER % | 2109.43 | 2109.43 |
|  |  |  |  | ROTH 401K | 250.00 | 1750.00 |

*Garnish*

| 13750.00 | 14059.00 | 7995.65 | 5754.35 | 97367.50 | 43124.57 | 53125.43 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

| VACATION BALANCE | 285.99 | ILLNESS BALANCE | 48.00 | PERSONAL BALANCE | 24.00 |
|---|---|---|---|---|---|

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Daniel I. Barness**<br>**Barness & Barness LLP**<br>**11377 W. Olympic Blvd., 2nd Floor**<br>**Los Angeles , California  90064**<br>**104203**<br>**(310) 594-3011**<br>**(310) 473-8700**<br>**Daniel@BarnessLaw.com** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANCO VALLEY DIVISION**

In re:

**SHAMEL SANANI and FARIDEH  SANANI**

CASE NO.: **1:17-bk-11523 MB**

CHAPTER: 7

Debtor(s).

**DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE**

[LBR 2090-1(a)(3)]

1. **Compensation Arrangement**. Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

    a.  I am the attorney for the Debtor.

    b.  Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

        i.   For legal services, I have agreed to accept [x] an hourly rate of $ **330.00**    ; or a [ ] flat fee of $_____

        ii.  [x] Prior to filing this disclosure I received $ **18,430.00**

        iii. [x] The balance due is $_____

2. **Source of Compensation Paid Postpetition (Postpetition Compensation)**.

    a.  **Already Paid**. The source(s) of the Postpetition Compensation paid to me was:

        [x] Debtor(s)    [ ] Other (*specify*): _____

    b.  **To be Paid**. The source(s) of the Postpetition Compensation to be paid to me is:

        [x] Debtor(s)    [ ] Other (*specify*): _____

3. **Sharing of Compensation Paid Postpetition**.

    [x] I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

    [ ] I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10).  Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Limited Scope of Services**.  A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge.  In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

   a.  **Services required to be provided:**

   i.   Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;

   ii.  Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and

   iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.

   b.  ☐ **Additional legal services I will provide:**

   i.   ☐ Any proceeding related to relief from stay motions.

   ii.  ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

   iii. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

   iv.  ☐ Reaffirmation of a debt.

   v.   ☐ Any lien avoidance under 11 U.S.C. § 522(f)

   vi.  ☐ Other *(specify):*

5.  If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date: **7/14/17**　　　　　　　**s/ Daniel I. Barness**　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　*Signature of attorney for the Debtor*
　　　　　　　　　　　　　　　　Daniel I. Barness　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　*Printed name of attorney*
　　　　　　　　　　　　　　　　BARNESS & BARNESS LLP
　　　　　　　　　　　　　　　*Printed name of law firm*

---

### DECLARATION OF THE DEBTOR

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above.  I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date:  **7/14/17**　　　　　　　　　　Date:  **7/14/17**

**s/ SHAMEL SANANI**　　　　　　　　　　**s/ Farideh Sanani**
*Signature of Debtor 1*　　　　　　　　　*Signature of Debtor 2 (Joint Debtor)(if applicable)*

**SHAMEL SANANI**　　　　　　　　　　　**FARIDEH  SANANI**
*Printed name of Debtor 1*　　　　　　　　*Printed name of Debtor 2*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.